1480

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 1, 2005*

[Cite as *04/01/2005 Case Announcements,* 2005-Ohio-1502.]

## MOTION AND PROCEDURAL RULINGS

**2005–0023.   Duke Realty Ohio v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–T–1751. This cause is pending before the court as an appeal from the Board of Tax Appeals. On January 20, 2005, this case was referred to mediation under S.Ct.Prac.R. XIV(6).

   IT IS ORDERED by the court, sua sponte, that the parties show cause within fourteen days of the date of this entry why this court should not return this case to the regular docket.

## DISCIPLINARY CASES

**2003–2169.   Dayton Bar Assn. v. Parker.**
This cause came on for further consideration upon respondent's motion to suspend court costs. Upon consideration thereof,

   IT IS ORDERED by this court that the motion be, and hereby is, denied.